Submitted July 14, reversed and remanded on appeal; affirmed on cross-appeal August 17, 2011

## STATE OF OREGON,
*Plaintiff-Appellant*
*Cross-Respondent,*

*v.*

## YURIY PETROVICH GANNOTSKIY,
*Defendant-Respondent*
*Cross-Appellant.*

Multnomah County Circuit Court
071255736; A144840

261 P3d 95

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Joanna L. Jenkins, Assistant Attorney General, filed the brief for appellant - cross-respondent.

Waiver of appearance for respondent - cross-appellant.

Before Ortega, Presiding Judge, and Nakamoto, Judge, and Rosenblum, Senior Judge.

PER CURIAM

## PER CURIAM

The state seeks reversal of the trial court's pretrial order granting defendant's motion to suppress evidence obtained from a blood draw administered after defendant's arrest.[1] In granting the motion to suppress, the trial court explicitly relied on this court's opinion in *State v. Machuca*, 231 Or App 232, 218 P3d 145 (2009), *rev'd*, 347 Or 644, 227 P3d 729 (2010) (*Machuca I*). In explaining its conclusion, the trial court stated that, but for *Machuca I*, its ruling "would have been to the contrary[.]" After the trial court granted defendant's motion to suppress, the Supreme Court decided *State v. Machuca*, 347 Or 644, 227 P3d 729 (2010) (*Machuca II*), in which it reversed our decision in *Machuca I*. Based on *Machuca II*, the trial court erred in granting the motion to suppress.

Reversed and remanded on appeal; affirmed on cross-appeal.

---

[1] Defendant filed a notice of cross-appeal, but did not otherwise appear.